## FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. SEC. 1983

### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### Jonesboro DIVISION

Mark Anthony Lewis

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 20 1998

JAMES W. McCORMACK, CLERK
By: _Jean Turman_
DEP. CLERK

(Enter above full name of plaintiff, or plaintiffs, in this action.)

vs.

CASE NO. J-C-98-316

West Memphis Police Dept
Officer - Langston R
Officer Johnson J + officer Bassford D.

(Enter above full name of defendant, or defendants, in this action.)

This case assigned to District Judge ROY
and to Magistrate Judge YOUNG

### I. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____ No ✓

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this lawsuit

Plaintiffs: _____

Defendants: _____

2. Court (if federal court, name the district; if state court, name the county: _____

2

3. Docket Number: _____

4. Name of judge to whom case was assigned: _____

5. Disposition (for example: was case dismissed?; was it appealed?; is it still pending?: _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. <u>Place of Present Confinement</u>: Crittenden County Jail Marion Arkansas

III. There is a prisoner grievance procedure in the Arkansas Department of Correction. Failure to complete the grievance procedure may affect your case in federal court.

    A. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
        Yes _____ No ✓

    B. If your answer is YES, attach copies evidencing completion of the final step of the grievance appeal procedure. FAILURE TO ATTACH THE REQUIRED COPIES MAY RESULT IN DISMISSAL OF YOUR COMPLAINT.

    C. If your answer is NO, explain why not: Crittenden County Jail has grievance procedure But they don't answer them here. Once inmates file these procedure's never answer our complaints.

IV. Parties:
(In item A below, place your name in the first blank & place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of plaintiff: Mark Anthony Lewis
       Address: 87 Jackson St Marion Ark. 72364

    Name of plaintiff: _____
    Address: _____

    Name of plaintiff: _____
    Address: _____

-2-

(In item B below, place full name of the defendant in the first blank, official position in the second blank, place of employment in the third blank, and address in the fourth blank; do the same for additional defendants, if any.)

B. Name of Defendant: Officer Langston R

Position: West Memphis Police officer

Place of Employment: West Memphis Police Dept

Address: 100 Court St. W. Memphis Ar. 72301


Name of Defendant: Officer Johnson, J

Position: West Memphis Police officer

Place of Employment: West Memphis Ar.

Address: 100 South Court St. W. Memphis Ar. 72301


Name of Defendant: Officer Bassford D.

Position: West Memphis Police Dept

Place of Employment: West Memphis Ar

Address: 100 South Court St W. Memphis Ar 72301


Name of Defendant:

Position:

Place of Employment:

Address:

### V. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheets if necessary.)

ON 2-16-98 I was walking home down 20th Street to my house when a Semi-Truck stopped, Ask me if I wanted a ride, Because the passenger knew me. 20th Street is A bad Drug infected Street, Nearly All Black people. When we were stopped by the W. Memphis Police.

### VI. Relief

State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.

50,000 For Punitive Damages
200,000 For Compensatory Damages (Pain + Suffering, Hosptiolise

I declare under penalty of perjury (18 U.S.C. Section 1621 that the foregoing is true and correct.

Executed on this  15  day of  July , 19 98.

Mark Anthony Lewis

(Signature(s) of Plaintiff(s))

-4-

Police department and officer Langston says he saw an off white Rock like substance in my mouth, he had no flash light and some of my teeth are missing, so how could he see anything in my mouth, when there was nothing. In the police report they stated they stoped the Vehicle, for a tail light out. But it were two other people in the truck besides me, the driver Anthony Claude and a white girl. But they let her go. Showing prejudice to the color of my skin. All three officers in this case were on the scene when they began beating me, saying I had something in my mouth, which is not true. If, I was resisting arrest they should have sprayed me instead of beating me. There is no record of anything in my stomach, when they pumped it. So my statement is why was I false accussed of something that is not true. Why would I fight them, if I had nothing in me. So I want to sue them for beating me and for false accussed of something. I do have my medical reports also of this pumping of my stomach. Also the head

injury report, also that state nothing about any abuse substance in me, my records will show this also it states on arival at Crittenden Memorial hospital emergency department states Lewis suallawed some rocks I pray that the courts check this out and pray that the truth be known

On this the 15th day of July 1998

Plantifts' signature Mark Lewis
witness, Diane Lum M.D of the Crittenden Memorial Hospital Physical
Ruey marshall 613 south 20th street W. Memphis Ark. 72305 (501-732-4589) Angelia Willy (501-735-9531) all these people are from West Memphis Ark. the hospital number is (501-735-1500)