FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
OCT 27 1998
JAMES W. McCORMACK, CLERK
By: Jean Iverman
DEP.CLERK

(1) J-C-98-316

# Motion to Mend in Complant

Come now I Mark Anthony Lewis with the following case numbers ft. Case 3: 98-CV-00317 and ft case: 3:98-CV-003 On the behalf I'm ~~writing~~ writeing you, in all due concern of me summitting these following motion's into the Crittenden county Circuit court clerk and recorder, by Miss Donna Palmer which transfered these copies of mine's on court document. But do to the fact this acknowledgement, of my paper work. I never got any responce on none of this. Also, this publice Defender Mr. Bart Ziegenhorn my court appointed lawyer has knowledge of this also but yet he didn't corrospond either. What I can't understand is why it, is if a person take this type of action of helping himself why doesn't one get an answer back. This is not only legal work but respecting the law! This, is dealing with the Crittenden County court system here in Marion Arkansas! Plaintiff which is me Mark Anthony Lewis pray's that this, Honorable court allow me to mend this in! Donna, Palmer is the Circuit court clerk.

Thank you
Mark Anthony Lewis

Here is a copy of all motions I summitted on my behalf of all charges and procedure's I took.

12

(2)

Plus I took all this action before I was set to go to pre-trail and trail. The trail dates was set pre-trail July 2 of 1998 and July 15 was date of trail. But yet as it is still yet now October, of 1998 I yet and still haven't been brought before no judge to resolve this matter. None of this papers work was not respected nor answered. Just a arrest report, and myself and this honorable court system you all have a copy. In other words these people here don't hear me. So, I thank god for people like you all for at least hearing me, and responding.

Thank you
and may God Bless you
and have a blessed life.

Mark Anthony Lewis

ft. case: 3:98-CV-00316
ft. case: 3. 98-CV-00317

P.S: For as my charge is concerning Possession and by law is ownership on one's person (Body wise) property or Vehicle. Possession is 9 tenths of the Law. Therefore meaning ownership.

also, Circumstantial, Evidents possession of an owner. so, yet of today I still don't know what I'm charged with. All of this corrospond with these motions I filed. On the dates of the court days I never was seen on the Trial

(3)

Now, I do understand properable cause. Inasmuch as this truck driver driving his own 18 wheeler big truck, but inasmuch as the West Memphis police finding anything in his truck! My question is why wasn't the truck driver charged with the same charge also brought before the Circuit Courts before me. Also placed in the county jail with me and another passager. None of this is not shown, nor brought up in this situation!!

OFFICE OF
DONNA PALMER
CIRCUIT COURT CLERK AND RECORDER



CRITTENDEN COUNTY
P.O. BOX 70
MARION, ARKANSAS 72364

870 / 739-3248
Fax 870 / 739-3287

October 22, 1998

Mr. Mark Anthony Lewis
Crittenden county Jail
87 Jackson Street
Marion,Ar 72364

Re: State vs. Mark Anthony Lewis
Case No. Cr-98-207 (this is the correct number)

Dear Mr. Lewis:

This will acknowledge receipt of your letter of October 19, 1998 in which you asked about the motions you had previously filed. Unless you send a copy to be returned we do make copies and return them. All copies are $1.00 per page. Your motions have been filed as follows:

Motion for Bond Reduction -- filed April 16, 1998
Motion for Discovery --------filed June 1, 1998
Motion to be Released from Incarceration while pending trial pursuant to Rule 28 filed June 1, 1998
Motion for Dismissal filed July 6, 1998.

If you have any questions as regards these above listed motions you should contact your attorney of record or the public defenders office. I cannot answer any questions as I am not an attorney and cannot give legal advise.

Very truly yours,

Donna Palmer

cc: public defenders office