

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 10 1998

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MARK ANTHONY LEWIS                                              PLAINTIFF

VS.                                          NO. J-C-98-316

WEST MEMPHIS POLICE DEPARTMENT, et al                           DEFENDANTS

### MOTION TO DISMISS OF DEFENDANT JAMES C. HALE, JR.

Comes the Defendant, James C. Hale, Jr., and for his Motion to Dismiss states:

1. That the Complaint as amended fails to state a claim upon which relief may be granted against the defendant James C. Hale, Jr. because the only allegations against James C. Hale, Jr. are that he violated the plaintiff's right in a criminal proceeding while acting in his capacity as Prosecuting Attorney for Crittenden County, Arkansas.

2. That a prosecutor is absolutely immune from liability for his conduct in initiating a criminal prosecuting and presenting the State's case.

WHEREFORE, Defendant James C. Hale, Jr. prays that his Motion to Dismiss be granted and he not be required to plead further until a ruling is made on this Motion and for any other relief to which he may be entitled.

JAMES C. HALE, JR., Defendant

BY HALE, FOGLEMAN & ROGERS
His Attorneys     Original Signed by
                  Joe M. Rogers

---

Joe M. Rogers
Arkansas Supreme Court #69068
108 Dover Road, P.O. Box 1666
West Memphis, Arkansas 72303
(870) 735-1900

16

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion was served to the plaintiff herein by mailing a copy to him as follows:

Mr. Mark Anthony Lewis
Crittenden County Jail
87 Jackson Avenue
Marion, AR  72364

Postage prepaid this 9th day of November, 1998.

_____
Joe M. Rogers